# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ON EPIGMENIO RAMIREZ, | No. 2:19-CV-0845-MCE-DMC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DAVID BERNHARDT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action for unlawful employment practices and age discrimination. On the court's own motion, the initial scheduling conference set in this matter for October 30, 2019, at 10:00 a.m. is continued to December 11, 2019, at 10:00 a.m., before the undersigned in Redding, California. The parties shall file scheduling conference statements no later than December 4, 2019, consistent with the court's June 18, 2019, order.

IT IS SO ORDERED.

Dated: October 28, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE