# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ON EPIGMENIO RAMIREZ, | No. 2:19-CV-0845-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| DAVID BERNHARDT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action for unlawful employment practices and age discrimination. The matter is currently set for a scheduling conference on December 11, 2019. A review of the docket reflects that defendant has not yet been served. Accordingly, on the court's own motion, the initial scheduling conference is vacated and will be re-set upon service of process on defendant.

IT IS SO ORDERED.

Dated: December 5, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1