# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON EPIGMENIO RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>DAVID BERNHARDT,<br><br>Defendant. | No. 2:19-CV-0845-MCE-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Defendant has filed an answer to the complaint and the case is ready to be scheduled. The parties shall file scheduling conference statements consistent with the Court's June 18, 2019, order, see ECF No. 6, by April 10, 2020.

The matter will not at this time be set for an in-person scheduling conference. On March 18, 2020, the Chief District Judge issued General Order 612 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

/ / /

/ / /

1

Pursuant to General Order 612, the scheduling conference will be conducted on the scheduling conference statements filed by the parties as directed herein. By separate order, the Court will set a schedule for this case.

        IT IS SO ORDERED.

Dated: March 19, 2020

                                                          DENNIS M. COTA
                                                          UNITED STATES MAGISTRATE JUDGE