1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DON EPIGMENIO RAMIREZ.,            No.  2:19-CV-0845-DMC

12             Plaintiff,

13        v.                             ORDER

14    DAVID BERNHARDT,

15             Defendant.

16

17          Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to the written

18    consent of all parties, this case is before the undersigned as the presiding judge for all purposes,

19    including entry of final judgment.  See 28 U.S.C. § 636(c).  Upon consideration of the joint status

20    report filed on March 24, 2020, see ECF No. 18, and good cause appearing therefor, the Court

21    will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

22          1.      No further joinder of parties or amendments to the pleadings is permitted

23    without leave of court for good cause shown.

24          2.      Jurisdiction and venue are not contested.

25          3.      The parties represent initial disclosures pursuant to Federal Rule of Civil

26    Procedure 26 were exchanged on May 1, 2020.

27    / / /

28    / / /

1

1    4.    The parties shall disclose lists of expert witnesses consistent with the

2  following schedule:

3    May 3, 2021    Both Parties will exchange disclosure of expert

4    witnesses.

5    June 4, 2021    Disclosure of rebuttal expert witnesses.

6

7  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).

8  The parties are reminded of their obligation to supplement these disclosures when required under

9  Federal Rule of Civil Procedure 26(e).

10    5.    Discovery shall be completed and all motions pertaining to discovery shall

11  be noticed to be heard by September 10, 2021.

12    6.    Dispositive motions shall be noticed to be heard by November 5, 2021.

13    7.    The Pre-Trial conference is set for November 15, 2021, at 9:00 a.m., before

14  the undersigned in Redding, California.  Separate Pre-Trial Statements shall be filed pursuant to

15  Local Rule 281, and unless otherwise directed by the Court in advance of the Pre-Trial

16  Conference, trial counsel shall appear in person at the conference.  The parties shall serve and file

17  any pre-trial motions on or before November 5, 2021, and such motions will be heard and ruled

18  on at the Pre-Trial Conference.

19    8.    Jury trial of this matter, expected to last up to five days, is set to commence

20  on December 6, 2021, at 9:00 a.m., before the undersigned in Sacramento, California in a

21  department to be assigned at the Pre-Trial Conference.

22    IT IS SO ORDERED.

23

24  Dated:  June 5, 2020

25    _____

    DENNIS M. COTA
26    UNITED STATES MAGISTRATE JUDGE

27

28

2