PHILLIP A. TALBERT
Acting United States Attorney
RACHEL DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Rachel.Davidson@usdoj.gov

Attorneys for Defendant Deb Haaland,
Secretary of the United States Department of the Interior

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON EPIGMENIO RAMIREZ,<br><br>    Plaintiff,<br><br>    V.<br><br>DEB HAALAND, ET AL.<br><br>    Defendant. | CASE NO. 2:19-CV-845 DMC<br><br>ORDER RE STIPULATION TO EXTEND CASE SCHEDULE |

Pursuant to the parties' stipulation and for good cause appearing, the Court modifies the schedule as follows:

| Event | Requested Schedule |
|---|---|
| Both Parties will exchange disclosure of expert witnesses: | **September 17, 2021** |
| Disclosure of rebuttal expert witnesses: | **October 15, 2021** |
| Discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by: | **January 21, 2022** |
| Dispositive motions shall be noticed to be heard by: | **May 27, 2022** |
| The parties shall serve and file any pre-trial motions on or before: | **July 15, 2022** |
| The Pre-Trial conference: | **August 22, 2022 at 9:00 a.m.** |
| Trial: | **September 12, 2022 at 9:00 a.m.** |

[PROPOSED] ORDER RE STIPULATION TO
EXTEND CASE SCHEDULE

1

1   IT IS SO ORDERED.

4   Dated:  March 25, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE