PHILLIP A. TALBERT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    Rachel.Davidson@usdoj.gov
Telephone: (916) 554-2731
Facsimile:  (916) 554-2900

Attorneys for Defendant Deb Haaland,
Secretary of the United States Department of the Interior

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON EPIGMENIO RAMIREZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DEB HAALAND, et al.<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:19-CV-00845-DMC<br><br>ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENTS |

Good cause shown based on the filing of a redacted declaration to cure a notice of defective filing issued by the Clerk of the Court, the Court orders the unredacted declaration of Rachel R. Davidson and exhibits thereto at ECF No. 26-3 be filed under seal.

Dated:  March 21, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE