**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON EPIGMENIO RAMIREZ., | No. 2:19-CV-0845-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DAVID BERNHARDT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing on Defendant's motion for summary judgment, scheduled for April 27, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: April 19, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE