IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON EPIGMENIO RAMIREZ., | No. 2:19-CV-0845-DMC |
| Plaintiff, | |
| v. | ORDER |
| DAVID BERNHARDT, | |
| Defendant. | |

      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendant's ex parte motion, ECF No. 34, for modification of the scheduling order for this case.

      Defendant argues that modification is warranted to the extent the Court has not yet ruled on Defendant's motion for summary judgment and the current schedule requires pre-trial motions in limine to be filed on or before July 15, 2022. Defendant's motion is denied because, as explained in the Court's separate order, Defendant's motion for summary judgment has been resolved and sufficient time remains to comply with the July 15, 2022, deadline.

      IT IS SO ORDERED.

Dated: June 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE