IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON EPIGMENIO RAMIREZ,<br><br>       Plaintiff,<br><br>  V.<br><br>DEB HAALAND, ET AL.<br><br>       Defendant. | CASE NO.  2:19-CV-845 DMC<br><br>ORDER RE STIPULATION AND CONSENT TO BENCH TRIAL |

  The above-entitled matter is currently set for a five-day jury trial to commence on September 12, 2022 in Sacramento, California. Defendant, Deb Haaland, Secretary of the United States Department of the Interior and Pro Se Plaintiff, Don Epigmenio Ramirez have stipulated that the above-entitled matter will be tried as a bench trial.

  Based on the parties' Stipulation and Consent, the Court hereby sets this matter to be tried as a bench trial. Based on this change, the Pre-Trial Conference and the Trial in this matter will both be held at the United States District Court in Redding, California.

  IT IS SO ORDERED.

Dated:  June 22, 2022

                    _____
                    DENNIS M. COTA
                    UNITED STATES MAGISTRATE JUDGE