**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON EPIGMENIO RAMIREZ., | No. 2:19-CV-0845-DMC |
| Plaintiff, | |
| v. | ORDER |
| DEB HAALAND,[1] | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is the parties' stipulation to continue the bench trial in this matter to a date in October 2022. See ECF No. 44. No opposition to the pending motion has been filed. Good cause appearing therefor, the stipulation will be approved, and the trial and the Pre-Trial Conference will be re-set from the current date of September 12, 2022. The Court will also sua sponte reset the briefing schedule for motions in limine.

/ / /

/ / /

/ / /

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Deb Haaland is substituted for her predecessor David Bernhardt. The Clerk of the Court is directed to update the docket to reflect the above caption.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update the docket to reflect that Deb Haaland is the proper defendant, having succeeded David Bernhardt as the Secretary of the United States Department of Interior.

2. The parties' stipulation to continue the trial date is approved.

3. The bench trial in this matter shall commence on October 25, 2022, at 9:00 a.m., before the undersigned in Redding, California.

4. The pre-trial conference is continued to September 22, 2022, at 10:00 a.m., before the undersigned in Redding, California.

5. Should either party wish to present motions in limine for consideration at the pre-trial conference, such motions shall be filed on or before September 8, 2022, with opposition briefs filed on or before September 15, 2022, and any arguments in reply to be considered at the September 22, 2022, pre-trial conference, at which time the Court will rule on motions in limine.

Dated:  June 24, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE