IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON EPIGMENIO RAMIREZ., | No. 2:19-CV-0845-DMC |
| Plaintiff, | |
| v. | ORDER |
| DAVID BERNHARDT, | |
| Defendant. | |

    Plaintiff, who is proceeding pro se, brings this civil action. A pre-trial conference is set before the undersigned on September 22, 2022. The parties are directed to file a joint pre-trial statement consistent with the requirements of Eastern District of California Local Rule 281(b) by September 8, 2022. To the extent the parties intend to pursue any motions in limine, such motions should be timely served and filed per statute in order to have hearing of such motions at the time of the Pre-Trial Conference.

    IT IS SO ORDERED.

Dated:  August 22, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE