**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON EPIGMENIO RAMIREZ., | No.  2:19-CV-0845-DMC |
| Plaintiff, | |
| v. | ORDER |
| DAVID BERNHARDT, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action.  In light of Plaintiff's in forma pauperis status, the Court hereby directs that Plaintiff be provided a copy of the transcript of the bench trial held on October 25, 2022, at government expense.

IT IS SO ORDERED.

Dated:  November 1, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1